section 565.021, RSMo 2000, and armed criminal action, section 571.015, RSMo 2000, in connection with the death of his girlfriend, Deborah Lilly. His convictions were affirmed on direct appeal. *State v. Walkup*, 290 S.W.3d 764 (Mo.App. W.D. 2009). He thereafter filed a Rule 29.15 motion for post-conviction relief, claiming that trial counsel was ineffective for submitting an erroneous converse instruction. Walkup appeals the motion court's denial of his claim for relief after an evidentiary hearing. We affirm. Rule 84.16(b).

## ORDER

PER CURIAM:

Rex Earl Sharrai appeals the Judgment of the Circuit Court of Jackson County, dissolving his marriage, and ordering him to pay maintenance to his ex-wife, Kristi Lynn Sharrai.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.

**Rex Earl SHARRAI, Appellant,**

v.

**Kristi Lynn PLUNK, (Formerly Sharrai), Respondent.**

**No. WD 73473.**

Missouri Court of Appeals,
Western District.

Dec. 27, 2011.

Allen S. Russell, Kansas City, MO, for appellant.

Steve D. Burmeister, Independence, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

**Beverly WILSON, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 73746.**

Missouri Court of Appeals,
Western District.

Jan. 31, 2012.

